**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07678

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>John R. Springs and Judy M. Springs<br>        Debtor<br>_____<br>CitiMortgage, Inc.<br><br>        Movant,<br>   vs.<br><br>John R. Springs and Judy M. Springs, Debtor; Beth Lang, Trustee.<br><br>        Respondents. | No. 4:09-bk-05022-JMM<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #29) |

On this day came on for consideration, CitiMortgage, Inc., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's … interest in the following described real property is abandoned:

…

6325 S. Eagle Cove Drive
Tucson AZ 85757

and legally described as:

Lot 18 of EAGLE POINT ESTATES, a subdivision of Pima County, Arizona, according to the map or plat thereof of record in the office of the County Recorder of Pima County, Arizona, in Book 57 of Maps and Plats at page 30 thereof.